UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICIA LOUISE ANTHONY and WILLIAM MICHAEL ANTHONY, | Case No. 3:13-cv-00147-MMD-WGC |
| Plaintiffs, | ORDER |
| v. | |
| TIMOTHY MAYOPOULOS, et al., | |
| Defendants. | |

On May 13, 2013, the Court issued an Order to Show Cause, giving Plaintiffs twenty-one (21) days from the entry of the Order to show cause as to why this case should not be dismissed for failure to pay the required filing fee. (Dkt. no. 12.) The Order cautioned that failure to respond will result in a dismissal of Plaintiffs' claim with prejudice. Plaintiffs have not responded. Instead, Plaintiffs filed a Notice where they noted that the mailing of the Order from the Court "is timely honorably accepted and refused for cause and returned." (Dkt. no. 13.) At the end of the copy of the Court's Order, Plaintiffs wrote: "We do not consent to your jurisdiction." (*Id.*) In Notice, Plaintiffs reiterated their argument as to why the Court lacks jurisdiction to issue any order, including order for dismissal with prejudice. (*Id.*) As the Court explained in its Order, proceeding *in forma pauperis* simply means that a plaintiff is allowed to bring a suit without paying a filing fee; it does not alter their rights under the law, or impact the merits of their claims. In the absence of meeting the *in forma pauperis* process, any litigant seeking to bring a suit in federal court must pay a filing fee. Plaintiffs have failed to pay

their filing fee or to submit their *in forma pauperis* application for review. They have also failed to show cause why this case should not be dismissed.

It is therefore ordered that this case is dismissed with prejudice. The Clerk is directed to close this case.

DATED THIS 6th day of December 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE